IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IVAN J. KOMOROSKI, | ) |
|                Plaintiff, | ) |
| v. | ) Case No. 4:15-cv-00366-HFS |
| THE HOME DEPOT USA, INC., | ) |
|                Defendant. | ) |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

The Home Depot U.S.A., Inc. submits the following Certificate of Interested Persons and Corporate Disclosure Statement under Federal Rule of Civil Procedure 7.1 and Local Rule 7.1.

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Plaintiff: Ivan J. Komoroski.

Defendant: The Home Depot, Inc. is the ultimate parent corporation of Defendant Home Depot U.S.A., Inc. No publicly held company owns ten percent or more of the stock of The Home Depot, Inc.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Defendant is investigating Plaintiff's claims and the potential availability of insurance coverage for those claims and will supplement this Certificate of Interested Persons and Corporate Disclosure Statement as appropriate.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Plaintiff: Ralph K. Phalen, Ralph K. Phalen Attorney at Law; Mitchell L. Burgess and

Blake P. Green, Burgess & Green, P.C.

  Defendant:  S. Stewart Haskins, II and Nicholas G. Hill, King & Spalding LLP; Lauren E. Tucker McCubbin, Polsinelli PC.

              Respectfully submitted,

              POLSINELLI PC

              By: */s/ Lauren E. Tucker McCubbin*
                LAUREN E. TUCKER MCCUBBIN  (#55179)
                900 W. 48th Place, Suite 900
                Kansas City, MO  64112-1895
                816-753-1000
                Fax:  816-753-1536
                ltucker@polsinelli.com

                S. Stewart Haskins (to be admitted *pro hac*)
                Nicholas G. Hill (to be admitted *pro hac*)
                King & Spalding LLP
                1180 Peachtree Street, NE
                Atlanta, GA  30309
                404-572-4600
                Fax:  404-572-5100
                shaskins@kslaw.com
                nhill@kslaw.com

              ATTORNEYS FOR DEFENDANT THE HOME DEPOT USA, INC.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 20, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Ralph K. Phalen, Esq.
Ralph K. Phalen, Attorney at Law
1000 Broadway, Suite 400
Kansas City, MO  64105
816-589-0753
Fax:  816-471-1701

Mitchell L. Burgess, Esq.
Blake P. Green, Esq.
Burgess & Green, PC
1000 Broadway, Suite 400
Kansas City, MO  64105
816-471-1700
Fax:  816-471-1701
mitch@burgessandgreen.com
blake@burgessandgreen.com
 ATTORNEYS FOR PLAINTIFF

                                                                        */s/ Lauren E. Tucker McCubbin*